# Law Office of William F. Horn
188-01B 71st Crescent
Fresh Meadows, New York 11365
Telephone: (718) 785-0543
Facsimile: (866) 596-9003
bill@wfhlegal.com

October 17, 2011

Hon. Lisa Margaret Smith, U.S.M.J.
UNITED STATES DISTRICT COURT
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:    *Dierdre Ryan, et al. vs. Primary Financial Services, LLC*
             S.D.N.Y. Case No. 7:11-cv-01796-VB

Dear Judge Smith,

    I am co-counsel for Plaintiff in the referenced action. On September 22, 2011, Defendant filed its opposition to Plaintiff's motion for leave to file an amended complaint and join additional parties. Plaintiff was to file her reply to Defendant's opposition by October 10, 2011. I am writing to Your Honor to apologize for the delay in filing and to inform Your Honor that, Defendant previously agreed to extend the time by which Plaintiff may file her reply brief until October 25, 2011.

    Accordingly, Plaintiff respectfully requests that the Court grant Plaintiff the additional time, until October 25, 2011, in which to file her reply to Defendant's opposition.

    Plaintiff thanks Your Honor in advance for Your consideration of her request.

Respectfully submitted,
*s/ William F. Horn*
William F. Horn
*via Facsimile only to 914.390.4135*
cc:    Hilary F. Korman, Esq. *via email*
        Scott Wortman, Esq. *via email*
        Abraham Kleinman, Esq. *via e-mail*

[Handwritten annotations in margins: "Received" (left margin, bottom); "Letter motion, Motion, Motion granted. So Ordered. /s/ Lisa Margaret Smith, USMJ 10/17/11"]