UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

DEIDRE RYAN,                                :        ORDER

      Plaintiff(s),                  :

      -against-                       :        11 Civ. 1796 (VB) (LMS)

PRIMARY FINANCIAL SERVICES, et al.,         :

      Defendant(s)                   :

----------------------------------------------------------------x

    The Court's Order of November 30, 2011, docketed #47 herein, is hereby vacated.

Dated: April 12, 2012
      White Plains, New York

                                              SO ORDERED

                                              Lisa Margaret Smith
                                              United States Magistrate Judge
                                              Southern District of New York